UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GREGORY DONEL JOHNSON,        )
      ID #01779137,        )
                                )
      Petitioner,        )        CIVIL ACTION NO.
                                )
VS.        )        3:18-CV-1648-G (BH)
                                )
UNKNOWN RESPONDENT,        )
                                )
      Respondent.        )

## JUDGMENT

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED, ADJUDGED** and **DECREED** that:

1.      The successive petition for writ of habeas corpus under 28 U.S.C. § 2254 is hereby **TRANSFERRED** to the **United States Court of Appeals for the Fifth Circuit** pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002) and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

2.    The clerk shall transmit a true copy of this judgment and the order accepting the findings and recommendation of the United States Magistrate Judge to all parties.

July 27, 2018.

_A. Joe Fish_____
**A. JOE FISH**
**Senior United States District Judge**